IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BRANDON J. BAUER,

        Defendant.

4:14CR3028

**MEMORANDUM AND ORDER**

IT IS ORDERED:

1)     The motion of attorney Nancy Peterson to withdraw as counsel of record for defendant, (filing no. 19), is granted.

2)     The clerk shall delete Nancy Peterson from any future ECF notifications herein.

May 9, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge