IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>BRANDON J. BAUER,<br><br>         Defendant. | 4:14CR3028<br><br>**MEMORANDUM AND ORDER** |

The defendant has been referred to the Federal Medical Center for mental health evaluation and treatment.   Accordingly,

IT IS ORDERED:

1) The trial of this case, currently scheduled for July 14, 2014, is continued.

2) Pursuant to 18 U.S.C. § 3161(h)(1)(A) & (h)(4), the time between June 3, 2014 and a judicial determination that the defendant is competent and capable of assisting in in the defense of this case, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act.

July 7, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge