IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:14CR3028 |
| vs. | |
| BRANDON J. BAUER, | ORDER |
| Defendant. | |

Due to Defendant Bauer's change of location,

IT IS ORDERED:

1) The defendant's release order is amended as follows:

   a. Defendant shall arrive at Stephen Center by no later than 4:30 p.m. on April 13, 2023.

   b. Defendant will be released on April 13, 2023, for transport and timely arrival at the Stephen Center, with the driver projected to arrive at the Phelps County Jail at approximately 1:00 p.m.

2) All other terms of the court's release order, (Filing No. 92), remain unchanged.

Dated this 12th day of April, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge